```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

MIKHAIL BULATOV,              :
                                       Civil Action No. 11-845 (FSH)
          Petitioner,         :

          v.                  :     **ORDER**

ROY L. HENDRICKS, et al.,     :

          Respondents.        :


This matter was originally opened to this Court by Petitioner's filing of a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

This matter is presently before the Court pursuant to Petitioner's submission of a Motion [4] for Default Judgment.

IT APPEARING THAT:

Petitioner submitted his Motion for Default Judgment prior to this Court ordering service of the Petition or ordering Respondents to Answer. Accordingly, at the time the Motion for Default Judgment was filed, Respondents were under no obligation to have answered the Petition. There has been no default.

IT IS, therefore, on this 2nd day of December, 2011,

ORDERED that the Motion [4] for Default Judgment is DENIED.

                              s/ Faith s. Hochberg
                              Faith S. Hochberg
                              United States District Judge